

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MARK BROWN, | § | No. 08-16-00097-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D00892) |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 3, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 3, 2017.

IT IS SO ORDERED this 20th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.